IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID CECIL TUGGLE,

    Petitioner,               No. CIV S-00-2080 DFL JFM P

  vs.

ROSANNE CAMPBELL, Warden,

    Respondent.            ORDER

_____/

       By order filed March 17, 2005, respondent was directed to lodge, within ten days, the state records required to decide this case. On April 20, 2005, counsel for respondent filed a status report stating he has been unable to locate the state court records. Good cause appearing, respondent will be granted one final extension of time in which to lodge the state court records. No further extensions of time will be granted.

       IT IS HEREBY ORDERED that respondent is granted an additional thirty days in which to obtain and lodge the state court records necessary to decide this case. No further extensions of time will be granted.

DATED: April 22, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; tugg2080.osc