IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID CECIL TUGGLE,

    Petitioner,               No. CIV S-00-2080 DFL JFM P

    vs.

ROSANNE CAMPBELL, Warden,

    Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 8, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. However, the court notes that the magistrate judge failed to fully analyze

1

1 petitioner's eleventh claim, regarding petitioner's claim of ineffective assistance of appellate
2 counsel.  After reviewing petitioner's claim, the court finds that this claim is denied for the same
3 reasons the magistrate judge recommends denying petitioner's first, second, fifth, and seventh
4 claims.
5        Accordingly, IT IS HEREBY ORDERED that:
6        1. The findings and recommendations filed June 8, 2005, are adopted in full with
7 the addition noted above;
8        2. Petitioner's application for a writ of habeas corpus is denied.
9 DATED: 9/26/2005

_____
DAVID F. LEVI
United States District Judge