1

2

3

4

5

6

7

8

9                              IN THE UNITED STATES DISTRICT COURT

10                          FOR THE EASTERN DISTRICT OF CALIFORNIA

11   DAVID CECIL TUGGLE,

12              Petitioner,                    No. CIV S-00-2080 DFL JFM P

13        vs.

14   ROSANNE CAMPBELL, Warden,

15              Respondent.              <u>ORDER</u>

16   _____/

17        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this

18   court's September 26, 2005 denial of his application for a writ of habeas corpus.  Before

19   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

20   Fed. R. App. P. 22(b).

21        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has

22   made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The

23   certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.

24   28 U.S.C. § 2253(c)(3).

25        A certificate of appealability should be granted for any issue that petitioner can

26   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1   court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

2   290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

3     Petitioner has made an adequate showing of the denial of a constitutional right in the

4   following issues presented in the instant petition:  petitioner's sentence and the $10,000 fine were

5   cruel and unusual punishment (ground 13) and petitioner's sentence was excessive and

6   disproportionate to the crime (ground 14).  The remaining issues do not deserve encouragement

7   to proceed any further.

8     Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the

9   present action as to petitioner's claims 13 and 14 .

10  DATED: 8/31/2006

11

12

13          _____

14          DAVID F. LEVI
        United States District Judge

15

16

17

18

19

20

21

22

23

24  _____

25   [1]  Except for the requirement that appealable issues be specifically identified, the standard
for issuance of a certificate of appealability is the same as the standard that applied to issuance of
26  a certificate of probable cause.  <u>Jennings</u>, at 1010.